**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 97-7598

———————

TON JULIUS THOMAS,

Plaintiff - Appellant,

versus

EARL BESHEARS, Warden; EASTERN CORRECTIONAL
INSTITUTION; GEORGIA PERDUE, R.N.; RAZAAK
ENIOLA, Dr.; DALE KERSHOW, Officer,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CA-97-406-JFM)

———————

Submitted: February 26, 1998     Decided: March 19, 1998

———————

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ton Julius Thomas, Appellant Pro Se. John Joseph Curran, Jr., At-
torney General, Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland; Joseph Barry Chazen, Gina Marie
Smith, MEYERS, BILLINGSLEY, RODBELL & ROSENBAUM, P.A., Riverdale,
Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Thomas v. Beshears</u>, No. CA-97-406-JFM (D. Md. Oct. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2